UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALFRED SINCLAIR,

        Plaintiff,                  Case No.  04-70670

v.                                 District Judge Gerald E. Rosen
                                 Magistrate Judge R. Steven Whalen


CITY OF BIRMINGHAM, et al.,

        Defendant.
_____/


**ORDER**

      Plaintiff's Motion to Enter Evidence/Medical Records [Docket #41] having been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A),

      IT IS ORDERED that Plaintiff's Motion is GRANTED, and that the proffered exhibits shall be accepted for filing and considered by the Court in deciding pending dispositive motions.


                               S/R. Steven Whalen_____
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE

Dated:  September 1, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 1, 2005.

s/G. Wilson
Judicial Assistant